JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FICTO, INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>FICTION, RIOT, LLC, a California Limited Liability Company and MICHAEL ESOLA, an individual<br><br>Defendants. | CASE NO.: 8:20-cv-000871-JVS-JDEx<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL**<br><br>[FRCP 41(a)(1)(ii)]<br><br>Assigned to Honorable James V. Selna |

LAW OFFICES OF PERRY C. WANDER
9454 Wilshire Boulevard, Penthouse
Beverly Hills, California 90212
310-274-9985

**GOOD CAUSE APPEARING;**

Pursuant to Plaintiff FICTO, INC and defendants FICTION, RIOT, LLC, and MICHAEL ESOLA Stipulation for Dismissal, filed under *Federal Rules of Civil Procedure* 41(a)(1)(ii), the complaint is hereby **dismissed with prejudice**, each party to bear their own costs and fees.

Dated:   August 31, 2020      _____
                              Honorable James V. Selna

2

## **PROOF OF SERVICE**

I, Perry C. Wander, hereby certify that on August 29, 2020 I electronically served the foregoing using the CM/ECF Pacer system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants, if any, indicated on the Manual Notice list.

Bobby Samini, Esq.
Nicole Prado, Esq.
The Samini Firm, APC
2801 West Coast Highway, Suite 200
Newport Beach, California 92663

I certify under penalty of perjury of the laws of the United States of America that the forgoing is true and correct.  Executed on August 29, 2020 at Beverly Hills, California.

                                        */s/Perry C. Wander*
                                        Perry C. Wander